UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
ENVIVO LLC,                           :
                                      :
                        Plaintiff,    :
            -v-                       :          23cv3855 (DLC)
                                      :
NATIONAL FILE, LLC, et al.,           :          ORDER
                                      :
                        Defendants.   :
                                      :
---------------------------------------X

DENISE COTE, District Judge:

    This action was filed on May 8, 2023.  On May 12, an

initial pretrial conference was scheduled for July 20.  The sole

named defendant, National File, LLC, has not filed an answer or

response to the complaint or appeared in this action.  The Clerk

of Court entered a certificate of default for National File on

June 8.  Accordingly, it is hereby

    ORDERED that the July 20 conference is cancelled.

    IT IS FURTHER ORDERED that the plaintiff shall, by July 28,

2023, move for default judgment against National File.  The

plaintiff shall consult this Court's Individual Practices in

Civil Cases regarding the procedure for moving for default

judgment.  Failure to move for default judgment by July 28 may

result in dismissal of the action.

Dated:   New York, New York
         July 6, 2023

                        _____
                                  DENISE COTE
                        United States District Judge