```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
ENVIVO LLC,                                :
                                           :
                        Plaintiff,         :    23cv3855 (DLC)
              -v-                          :
                                           :         ORDER
NATIONAL FILE, LLC, et al.,                :
                                           :
                        Defendants.        :
                                           :
------------------------------------------X
```

DENISE COTE, District Judge:

The plaintiff having requested a default judgment on July 28, 2023, it is hereby

ORDERED that the plaintiff shall serve this Order and the underlying papers on the defendant on or before **August 11, 2023** by certified overnight mail and shall file proof of such service on ECF.

IT IS FURTHER ORDERED that a default judgment hearing will be held on **August 25, 2023** at **2:00 p.m.** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York 10007. Failure of the defendant to appear will result in entry of a default or a default judgment.

Dated:   New York, New York
         July 31, 2023

                                    _____
                                            DENISE COTE
                                    United States District Judge