UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENVIVO LLC,<br><br>Plaintiff,<br><br>v.<br><br>National File, LLC; and DOES 1-10,<br><br>Defendants. | Civil Action No.: 1:23-cv-03855-DLC<br><br>[PROPOSED] DEFAULT JUDGMENT |

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

A Judgment is hereby GRANTED and ENTERED against National File, LLC, a Wyoming limited liability company, and in favor of Envivo LLC, a New York limited liability company, as follows:

1. Statutory damages in the amount of $75,000.00 per infringed work, plus $25,000.00 for the removal of Plaintiff's copyright management information, for a total of $100,000.00;

2. Attorneys' fees in the amount of $6,675.00; and

3. Reasonable costs and expenses in the amount of $537.00.

The total Judgment entered against National File, LLC is $107,212.00.

**SO ORDERED.**

Date __August 25__, 2023      By: _____
                                       Hon. Denise L. Cote
                                       United States District Judge

1
DEFAULT JUDGMENT